# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159039(71)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

YVETTE D. COTTON,
      Claimant-Appellant,

v

      SC: 159039
      COA: 338946
      Macomb CC: 2016-004047-AE

EXPRESS EMPLOYMENT PROFESSIONALS,
      Respondent-Appellee,
and

DEPARTMENT OF TALENT AND ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee.
_____/

On order of the Chief Justice, the motion of appellee Unemployment Insurance Agency to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before March 19, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 1, 2019



Clerk